UNITED STATES BANKRUPTCY COURT

NORTHERN ILLINOIS   DISTRICT OF   ILLINOIS

In re:                              §
                                    §
PACIOREK, KRZYSZTOF                 §    Case No. 10-46941
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/14/2011 in Courtroom 619,

          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/02/2011              By: /s/ Andrew J. Maxwell
                                                        Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PACIOREK, KRZYSZTOF | § | Case No. 10-46941 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,500.12 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,500.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 875.03 | $ 0.00 | $ 875.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 875.03 |
| Remaining Balance | | $ | 2,625.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,610.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,420.84 | $ 0.00 | $ 85.53 |
| 000002 | American Infosource Lp As Agent for Wfnnb | $ 621.19 | $ 0.00 | $ 37.39 |
| 000003 | American Infosource Lp As Agent for | $ 1,219.40 | $ 0.00 | $ 73.40 |
| 000004 | Chase Bank USA, N.A. | $ 1,382.58 | $ 0.00 | $ 83.22 |
| 000005 | Chase Bank USA, N.A. | $ 4,230.84 | $ 0.00 | $ 254.67 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 5,346.01 | $ 0.00 | $ 321.80 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 10,893.09 | $ 0.00 | $ 655.70 |
| 000008 | Chase Bank USA,N.A | $ 3,604.02 | $ 0.00 | $ 216.94 |
| 000009 | PNC BANK | $ 6,914.97 | $ 0.00 | $ 416.25 |
| 000010 | FIA Card Services, NA/Bank of America | $ 7,977.32 | $ 0.00 | $ 480.19 |

Total to be paid to timely general unsecured creditors    $          2,625.09

Remaining Balance    $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-46941-JPC
Krzysztof Paciorek                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2             Date Rcvd: Jun 15, 2011
                              Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2011.
```
db         +Krzysztof Paciorek,    8531 Blue Ridge Ave.,    Hickory Hills, IL 60457-1015
aty        +Michael J Worwag,    Worwag & Malysz PC,    The Peoples Advocates,    2500 E. Devon Ave #300,
             Des Plaines, IL 60018-4965
tr         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
             Chicago, IL 60603-6209
16303100   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16303101   +Bank of America Home Loans,    450 American St,    Simi Valley, CA 93065-6285
16303102   +Bank of Americas Home Loans,    450 American St,    Simi Valley, CA 93065-6285
16303103   +Blatt, Hasenmiller, Leibsker, Moore,     125 S. Wacker Dr.,    Ste. 400,    Chicago, IL 60606-4440
16303104   +Blitt & Gaines,    661 W. Glenn Ave,    Wheeling, IL 60090-6017
16303105   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16303106   +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
16736797    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16899106   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
16303107   +Childrens Place/Citibank sd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16303108   +Cithc/Citibank sd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16303109   +Citibank,   Po Box 6241,    Sioux Falls, SD 57117-6241
16303110   +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
16303114   +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
16303117   +LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
16303118   +National City Card Services,    1 National City Parkwy,    Kalamazoo, MI 49009-8003
17131469   +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
16894711   +PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16303119   +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16303120   +Sears/Citibank sd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16303121   +The Home Depot/Citibank sd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16303122   +Wfnnb/New York & Co.,    220 W Schrock Rd,    Westerville, OH 43081-2873
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16303099   +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 15 2011 23:28:48      Alliance One,
             4850 STreet Rd,    Suite 300,    Feasterville Trevose, PA 19053-6643
16725148    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
             American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16699778    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
             American Infosource Lp As Agent for Wfnnb,    As Assignee of,    New York & Co,    PO Box 248872,
             Oklahoma City, OK  73124-8872
16303111    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34      Discover Financial Services,
             Po Box 15316,    Wilmington, DE 19850
16698203    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34      Discover Bank,
             Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
17156739    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16303112   +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 01:21:52      Gemb ppplus,    Po Box 981416,
             El Paso, TX 79998-1416
16303113   +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      Gemb/Jc Penney,    Po Box 984100,
             El Paso, TX 79998-4100
16303115   +E-mail/Text: ebnsterling@weltman.com Jun 15 2011 23:27:21      Jb Robinson,    375 Ghent Rd,
             Fairlawn, OH 44333-4601
16303116   +E-mail/PDF: cr-bankruptcy@kohls.com Jun 16 2011 00:01:32      Kohls/Chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: froman              Page 2 of 2            Date Rcvd: Jun 15, 2011
                               Form ID: pdf006           Total Noticed: 35

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**                    **Signature:**    *Joseph Speetjens*