UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PACIOREK, KRZYSZTOF § Case No. 10-46941
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loans 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of Americas Home Loans 450 American St Simi Valley, CA 93065 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance One 4850 STreet Rd Suite 300 Feasterville Trevose, PA 19053 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Blatt, Hasenmiller, Leibsker, Moore 125 S. Wacker Dr. Ste. 400 Chicago, IL 60606 | | | | | |
| | Blitt & Gaines 661 W. Glenn Ave Wheeling, IL 60090 | | | | | |
| | Chase - Toys R Us Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Place/Citibank sd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Cithc/Citibank sd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Client Services, Inc. 3451 Harry S. Truman Blvd. Saint Charles, MO 63301-4047 | | | | | |
| | Discover Financial Services Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Gemb ppplus Po Box 981416 El Paso, TX 79998 | | | | | |
| | Gemb/Jc Penney Po Box 984100 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jb Robinson 375 Ghent Rd Fairlawn, OH 44333 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | | | | |
| | National City Card Services 1 National City Parkwy Kalamazoo, MI 49009 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Citibank sd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | The Home Depot/Citibank sd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Wfnnb/New York & Co. 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | PNC BANK | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-46941 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | PACIOREK, KRZYSZTOF | | | | Date Filed (f) or Converted (c): | 10/20/10 (f) |
| | | | | | 341(a) Meeting Date: | 12/09/10 |
| For Period Ending: | 12/31/11 | | | | Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 8531 BLUE RIDGE AVE., HICKO | 180,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. PERSONAL CHECKING ACCOUNT WITH TCF BANK | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 3. MISCELLANEOUS HOUSEHOLD GOODS AND USED FURNITURE | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 4. USED BOOKS, COMPACT DISCS FAMILY PICTURES | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. USED PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. 100% SHAREHOLDER OF KRZYSTOF PACIOREK QUALITY CONS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2003 NISSAN MURANO | 4,000.00 | 1,600.00 | DA | 1,000.00 | 0.00 |
| 8. 2003 CHEVY SILVERADO - REBUILT TITLE | 6,500.00 | 2,500.00 | | 2,500.00 | 0.00 |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.12 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $193,700.00    $6,600.00         $3,500.12    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

car equity resolved with Debtor, payment received

LFORM1

Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-46941    JPC    Judge: JACQUELINE P. COX | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | PACIOREK, KRZYSZTOF | Date Filed (f) or Converted (c):    10/20/10 (f) |
| | | 341(a) Meeting Date:    12/09/10 |
| | | Claims Bar Date:    04/21/11 |

FR filed, heard by court in July 2011

distribution made

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-46941 -JPC |
| Case Name: | PACIOREK, KRZYSZTOF |
| Taxpayer ID No: | 35-6892859 |
| For Period Ending: | 12/31/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4021 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 01/26/11 | 7, 8 | KRZYSZTOF PACIOREK | SETTLEMENT | 3,500.00 | | | | | 3,500.00 |
| 02/28/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,500.03 |
| 03/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,500.06 |
| 04/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,500.09 |
| 05/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 3,500.12 |
| 06/03/11 | | Transfer to Acct #*******4898 | Final Posting Transfer | | | | | -3,500.12 | 0.00 |

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-46941 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | PACIOREK, KRZYSZTOF | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4885 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6892859 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-46941 -JPC |
| Case Name: | PACIOREK, KRZYSZTOF |
| Taxpayer ID No: | 35-6892859 |
| For Period Ending: | 12/31/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4898 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/03/11 | | Transfer from Acct #*******4021 | Transfer In From MMA Account | | | | | 3,500.12 | 3,500.12 |
| 08/10/11 | 001001 | Andrew J. Maxwell<br>105 W. Adams<br>Suite 3200<br>Chicago, IL 60603 | COMPENSATION - TRUSTEE<br>Final distribution | | | 875.03 | | | 2,625.09 |
| 08/10/11 | 001002 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | final distribution | | | 85.53 | | | 2,539.56 |
| 08/10/11 | 001003 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>New York & Co<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Final Distribution | | | 37.39 | | | 2,502.17 |
| 08/10/11 | 001004 | American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | FInal Distribution | | | 73.40 | | | 2,428.77 |
| 08/10/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION | | | 83.22 | | | 2,345.55 |
| 08/10/11 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION | | | 254.67 | | | 2,090.88 |
| 08/10/11 | 001007 | PYOD LLC<br>Citibank, NA | FINAL DISTRIBUTION | | | 321.80 | | | 1,769.08 |

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-46941 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PACIOREK, KRZYSZTOF | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4898 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6892859 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | | | | | | | |
| 08/10/11 | 001008 | PYOD LLC Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | FINAL DISTRIBUTION | | | 655.70 | | | 1,113.38 |
| 08/10/11 | 001009 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | FINAL DISTRIBUTION | | | 216.94 | | | 896.44 |
| 08/10/11 | 001010 | PNC BANK PO BOX 94982 CLEVELAND,OH 44101 | FINAL DISTRIBUTION | | | 416.25 | | | 480.19 |
| 08/10/11 | 001011 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION | | | 480.19 | | | 0.00 |

LFORM2X UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 16.04e